UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
                                                :
UNITED STATES OF AMERICA,       :
                                                :   CASE NO. 1:09-CR-231
            Plaintiff,                     :
                                                :
vs.                                          :   OPINION & ORDER
                                                :   [Related to Doc. No. 146]
TARA ARDITI,                            :
                                                :
            Defendant.                  :
                                                :
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Someone files an unsigned and unauthorized document urging the Court to reconsider its judgment in this drug conspiracy case. Likely, Defendant Tara Arditi's mother filed the documents. This is not the first. Arditi's mother filed a similar document objecting to the Court's judgment of December 6, 2010, [Doc. 144], in which the Court amended its earlier judgment and committed the Defendant to a sixty-month period of incarceration. [Doc. 141.] That unsigned motion was largely identical to a prior motion filed by the Defendant's mother on September 13, 2010, which the Court denied on December 13, 2010. [Doc. 125; Doc. 143.]

The Court denied the bizarre motions because the Defendant's mother is not a party in this case and lacks any standing to participate. [Doc. 145.] In fact, the Defendant specifically requested that the Court deny her mother's attempt to intervene. [Doc. 143 at 2.] The Court denies the current "motion" on identical grounds. Despite the Court's admonition, Arditi's mother again attempts to

-1-

Case No. 1:09-CR-231
Gwin, J.

intervene in the case. She still lacks standing to participate in this action. *United States v. Curtis*, 205 F.3d 1342 (6th Cir. 2000); *McClure v. Ashcroft*, 335 F.3d 404, 414 (5th Cir. 2003); *United States v. Kelley*, 997 F.2d 806, 807-08 (10th Cir. 1993). Her unsolicited advocacy still constitutes the unauthorized practice of law. *Cleveland Bar Assn. v. McKissic*, 832 N.E.2d 49, 51 (Ohio 2005). And despite the solicitude the Federal Rules of Criminal Procedure properly show to *pro se* petitioners, *Hagen v. United States*, No. 98-1088, 1999 WL 1073693, at *2 (6th Cir. 1999) (permitting missing signature on petitioner's § 2255 motion to be remedied by resubmission) the would-be movant is neither a party nor a petitioner, and has made no attempt to remedy any of the deficiencies in her other unsigned, unsolicited submissions. This latest attempt flouts the Court's admonition concerning the unauthorized practice of law. [Doc. 145.]

    The Defendant's mother lacks standing to participate in this action, and the Court **DENIES** her motion.

    **IT IS SO ORDERED**.


Dated: September 23, 2011                            s/     *James S. Gwin*
                                                               JAMES S. GWIN
                                                              UNITED STATES DISTRICT JUDGE